**Eric David JETER, Plaintiff— Appellant,**

v.

Thomas **MCFADDEN**, **Investigator; Judge White, Magistrate, Florence, South Carolina; Florence County Sheriffs' Department, Defendants— Appellees.**

No. 05–7388.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2005.

Decided: Jan. 20, 2006.

Eric David Jeter, Appellant Pro Se.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric David Jeter appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action under 42 U.S.C. § 1983 (2000) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jeter v. McFadden*, No. CA–05–1703–GRA (D.S.C. Aug. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*